**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SCHNEIDER NATIONAL CARRIERS, INC. and SCHNEIDER NATIONAL LEASING, INC.,** <br><br> **Plaintiffs,** <br> **v.** <br><br> **CAC OPERATIONS, LLC, d/b/a A1'S TOWING AND HAULING, A-1'S XCLUSIVE AUTO AXA, LLC, A1'S XCLUSIVE AUTO, and/or ACORD SECURITY; and A-TICKET, LLC,** <br><br> **Defendants.** | ) | **Case No. 2:25-cv-02315-TLP-cgc** <br><br> **Judge Parker** <br> **Magistrate Judge Claxton** |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, SCHNEIDER NATIONAL CARRIERS, INC. and SCHNEIDER NATIONAL LEASING, INC. ("SNL") (collectively, "Schneider"), and Defendants, CAC OPERATIONS, LLC and A-TICKET, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby file this Joint Notice of Settlement to advise the Court that the Parties have reached a compromise and settlement of the litigation in principle. The Parties are in the process of preparing settlement documents to memorialize such resolution, and the Parties anticipate filing a voluntary dismissal with the Court within 30 days in conjunction with the agreed settlement pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: January 5, 2026

Respectfully submitted,

By: *<u>/s/ Chen G. Ni</u>*

Chen G. Ni
TN BPR No. 032276
cni@mcguirewoods.com
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Phone: (312) 849-8164
Fax: (312) 920-6146

Mrinalini R. Jayashankar
TN BPR #028347
Katelyn Jackson Ruston
TN BPR # 040547
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
T: 901.680.7200 | F: 901.680.7201
Melanie.Jayashankar@butlersnow.com
Katelyn.Jackson@butlersnow.com

*Counsel for Plaintiffs Schneider National Carriers, Inc. and Schneider National Leasing, Inc.*

By: /s/*Charles M. Weirich, Jr.* (w/ permission)
Charles M. Weirich, Jr. (#14522)
**ORTALE KELLEY LAW FIRM, PLLC**
2670 Union Avenue Extd., Suite 503
Memphis, Tennessee 38122
Telephone: (901) 410-4494

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2026, a copy of the foregoing JOINT NOTICE OF SETTLEMENT was electronically filed with the Court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.

/s/ *Chen. G. Ni*
Chen G. Ni

*Counsel for Plaintiffs Schneider National Carriers, Inc. and Schneider National Leasing, Inc.*